# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 21, 2006

To: United States Court of Appeals    Attn: (✓)    Civil
     For the Ninth Circuit
     Office of the Clerk                 ( )    Criminal
     95 Seventh Street
     San Francisco, California 94103      ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:      CV 04-00718DAE-BMK      Appeal No:      05-15207

Short Title:      Jou vs. Chang

Clerk's Files in      1      volumes (✓) original ( ) certified copy

Bulky docs               volumes (folders)  docket #

Reporter's Transcripts        volumes (✓) original ( ) certified copy

Exhibits                 volumes ( ) under seal

                          boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____     Date: _____

cc: Counsel