**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 07 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

EMERSON M.F. JOU, M.D., Individually, and on behalf of the class or others similarly situated,

    Plaintiff - Appellant,

v.

GARY W.B. CHANG, In his capacity as a Judge of the First Circuit Court, State of Hawaii; DOES 1-100,

    Defendants - Appellees.

No. 05-15207

D.C. No. CV-04-00718-DAE/BMK

ORDER*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

---

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted November 15, 2006**
Honolulu, Hawaii

Before: TROTT, WARDLAW, and W. FLETCHER, Circuit Judges.

---

    * This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

    ** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

For the reasons stated in the thorough and well-reasoned order of the district court, the district court's Order Denying Plaintiff's Ex Parte Motion For Temporary Restraining Order, Order Denying Plaintiff's Ex Parte Motion For Preliminary Injunction, and Order Dismissing Plaintiff's Complaint Without Prejudice are **AFFIRMED**.

> A TRUE COPY
> ATTEST  12/29/06
>
> CATHY CATTERSON
> Clerk of Court
>
> by: _____
> Deputy Clerk
>
> This certification does constitute the mandate of the court