UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2007

at 3 o'clock and 45 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| EMERSON M.F. JOU, M.D., Individually, and on behalf of the class or others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>GARY W.B. CHANG, In his capacity as a Judge of the First Circuit Court, State of Hawaii; et al.,<br><br>Defendants - Appellees. | No. 05-15207<br>D.C. No. CV-04-00718-DAE/BMK<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/07/06

A TRUE COPY   12/29/06
ATTEST
CATHY CATTERSON
Clerk of Court

by: _____
   Deputy Clerk

This certification does constitute the mandate of the court.