# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 21, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 12 2007
12:35 pm
DISTRICT OF HAWAII

To: Judge STEPHEN TROTT
U.S. COURTHOUSE
550 W. FORT STREET, STE. 667
BOSIE ID  83724-004

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:  CV 04-00718DAE-BMK    Appeal No:   05-15207

Short Title:  Jou vs. Chang

✓ Clerk's Files in        1         volumes  (✓) original  ( ) certified copy

Bulky docs                         volumes (folders)  docket #

Reporter's                         volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits                           volumes  ( ) under seal

                                   boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____     Date: _____

# MEMORANDUM

TO: Records Unit
United States District Court - Honolulu
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850
(808) 541-3587

FROM: Toni Smith / Chris Redenbo  (208) 334-1612
Judge Trott's Chambers
550 West Fort Street, Room 667
Boise, ID 83724

RE: **Jou v. Chang**
**05-15207**

DATE: January 11, 2007

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JAN 1 2 2007
DISTRICT OF HAWAII

Please find the enclosed record from the above listed case. Please sign and return the form at the bottom acknowledging receipt.

Thank you.

_____  DATE: 01/12/07